IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Converged IT, L.L.C., et al., | ) | No. CV 05-2489-PHX-ECV |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Business Development Solutions, Inc., et al., | ) | |
| Defendants. | ) | |

    Pending before the court are Defendants' Motion for Order Compelling Arbitration (Doc. #5), Motion to Dismiss for Improper Venue (Doc. #6), and Motion to Stay Action Pending Arbitration (Doc. #7). Defendants have requested an oral argument on the motions. The court has the discretion to grant or deny a request for oral argument. See LRCiv. 7.2(f). Here, upon review of the motions, the responses and replies, the court finds that an oral argument would not assist the court in reaching a decision. The written submissions provide sufficient information for the court to issue a ruling.

    **IT IS THEREFORE ORDERED** that Defendants' request for an oral argument on the pending motions is **denied**.

    DATED this 2nd day of February, 2006.

Edward C. Voss
United States Magistrate Judge