IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Converged IT, L.L.C., et al., | No. CV-05-2489-PHX-ECV |
| Plaintiff, | **ORDER** |
| vs. | |
| Business Development Solutions, Inc., et al., | |
| Defendant. | |

The court having entered its Order Setting Rule 16 Case Management Conference which directs the parties, pursuant to Federal Rule of Civil Procedure 26(f), to meet and confer at least 10 days before the case management conference set January 10, 2007,

IT IS ORDERED that Plaintiffs' Motion to Compel the Parties to Participate in the Mandatory Rule 26(f) Conference (Doc. # 43) is moot.

DATED this 4th day of December, 2006.

Edward C. Voss
United States Magistrate Judge